JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA LAMBERT,<br><br>        Plaintiff,<br><br>  -v-<br><br>CONTINENTAL SERVICE GROUP INC,<br><br>        Defendants. | Case No. SACV10-1572-DOC(CWx)<br><br>ORDER DISMISSING<br>CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: February 11, 2011

*David O. Carter*
_____
    DAVID O. CARTER
United States District Judge