JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA LAMBERT,** | ) Case No. **8:10-cv-01572-DOC-CW** |
| | ) |
| Plaintiff, | ) **ORDER DISMISSING CASE** |
| | ) |
| vs. | ) |
| | ) |
| **CONTINENTAL SERVICE GROUP, INC.,** | ) |
| | ) |
| Defendant. | ) |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

   Dated this 8th day of March, 2011.

   *David O. Carter*
   _____
   The Honorable David O. Carter
   United States District Court Judge

Order to Dismiss - 1